No. 2023-1016

―――――――――――

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

―――――――――――

UNIVERSAL ELECTRONICS INC.,
*Appellant*.

―――――――――――

On appeal from the United States Patent and Trademark Office,
Application No. 15/785,795

―――――――――――

**APPELLANT'S UNOPPOSED MOTION FOR A FOURTEEN (14) DAY
EXTENSION OF TIME TO FILE ITS OPENING BRIEF**

―――――――――――

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellant Universal Electronics Inc. ("Appellant") respectfully moves for a fourteen (14) day extension of time to file its opening brief, to and including Tuesday, January 31, 2023. Appellant's opening brief is currently due Tuesday, January 17, 2023. Appellant has not previously sought an extension of time to file its opening brief. Counsel for Appellee has informed counsel for Appellant that Appellee does not oppose this motion.

As set forth in the accompanying declaration of counsel, there is good cause for the requested fourteen (14) day extension of time for Appellant to file its opening brief. Appellant's counsel's workload is currently exceptionally high, and counsel

has several competing deadlines in other litigation matters in which it is involved. Attorney Lukas, who will be primarily involved in drafting Appellant's briefs and arguing for Appellant at oral argument, is lead counsel and/or responsible for the day-to-day handling of these litigation matters.

For these reasons, Appellant respectfully requests that the Court grant Appellant a fourteen (14) day extension of time, to and including Tuesday, January 31, 2023, in which to file its opening brief.

Dated: January 10, 2023

Respectfully submitted,

/s/ James J. Lukas, Jr.
James J. Lukas, Jr.
lukasj@gtlaw.com
Gary R. Jarosik
jarosikg@gtlaw.com
Benjamin P. Gilford
gilfordb@gtlaw.com
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Ste. 3100
Chicago, IL  60601
Telephone: (312) 456-8400

Erik M. Bokar
bokare@gtlaw.com
GREENBERG TRAURIG, P.A.
450 S. Orange Avenue, Ste. 650
Orlando, FL 32801
Telephone: (407) 420-1000

*Counsel for Appellant*

FORM 9. Certificate of Interest                                       Form 9 (p. 1)
                                                                       July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2023-1016

**Short Case Caption** In re: Universal Electronics Inc.

**Filing Party/Entity** Universal Electronics Inc.

> **Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 01/10/2023            Signature:  /s/ James J. Lukas, Jr.

                            Name:       James J. Lukas, Jr.

**FORM 9. Certificate of Interest**  Form 9 (p. 2)
July 2020

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Universal Electronics Inc. | | BlackRock, Inc. |
| | | Eagle Asset Management, Inc. |
| | | Carillon Tower Advisers, Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

FORM 9. Certificate of Interest                                                         Form 9 (p. 3)
                                                                                          July 2020

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑    None/Not Applicable          ☐    Additional pages attached

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☑    None/Not Applicable          ☐    Additional pages attached

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable          ☐    Additional pages attached

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |

No. 2023-1016

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

UNIVERSAL ELECTRONICS INC.,
*Appellant*.

On appeal from the United States Patent and Trademark Office,
Application No. 15/785,795

**DECLARATION OF JAMES J. LUKAS, JR. IN SUPPORT OF APPELLANT'S UNOPPOSED MOTION FOR A FOURTEEN (14) DAY EXTENSION OF TIME TO FILE ITS OPENING BRIEF**

1. I am a shareholder at Greenberg Traurig, LLP, counsel to Appellant Universal Electronics Inc. ("Appellant") in this appeal. I am submitting this declaration of counsel in support of Appellant's motion for a fourteen (14) day extension of time within which to file its opening brief.

2. Under the current briefing schedule, Appellant's opening brief is due on or before Tuesday, January 17, 2023. Appellant respectfully requests that the briefing schedule be revised such that the deadline is extended by fourteen (14) days. If Appellant's request is granted, its opening brief would be due Tuesday, January 31, 2023.

3. Appellant has not sought any previous extensions within which to file its opening brief.

4. There is good cause for the additional time requested herein. Appellant's counsel's workload is currently exceptionally high, and counsel has several competing deadlines in other litigation matters in which it is involved. Attorney Lukas, who will be primarily involved in drafting Appellant's briefs and arguing for Appellant at oral argument, is lead counsel and/or responsible for the day-to-day handling of these litigation matters.

5. For example, Appellant's counsel has another appeal pending in this Court (Appeal No. 2022-1782) in which the reply brief is currently due by January 26, 2023.

6. Appellant's counsel also has another appeal pending in this Court (Appeal No. 2023-1138) in which the opening brief is currently due by February 17, 2023.

7. In view of the above, counsel reasonably needs additional time to prepare the opening brief and to ensure the brief is properly reviewed before filing.

8. Pursuant to Federal Circuit Rule 27(a)(2), counsel for Appellant has conferred with counsel for Appellee regarding this motion. Appellee does not oppose Appellant's request for a fourteen (14) day extension of time within which to file its opening brief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 10, 2023                     Respectfully submitted,

/s/ James J. Lukas, Jr.
James J. Lukas, Jr.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Ste. 3100
Chicago, IL  60601
Telephone: (312) 456-8400

*Counsel for Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 10th day of January 2023, I filed the foregoing Appellant's Unopposed Motion for a Fourteen (14) Day Extension of Time to File Its Opening Brief with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

Dated: January 10, 2023                    Respectfully submitted,

                                           /s/ James J. Lukas, Jr.
                                           James J. Lukas, Jr.
                                           GREENBERG TRAURIG, LLP
                                           77 West Wacker Drive, Ste. 3100
                                           Chicago, IL  60601
                                           Telephone: (312) 456-8400

                                           *Counsel for Appellant*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limitations of Federal Rules of Appellate Procedure 27 and 32 because it contains 193 words.

Dated: January 10, 2023

Respectfully submitted,

<u>/s/ James J. Lukas, Jr.</u>
James J. Lukas, Jr.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Ste. 3100
Chicago, IL  60601
Telephone: (312) 456-8400

*Counsel for Appellant*